# LAW OFFICE OF DELVIS MELENDEZ P.C
## 90 BRADLEY ST.
## BRENTWOOD, NEW YORK, 11717
## 631-434-1443

March 28, 2017

United States District Court
Eastern District of New York
Judge Leonard Wexler
Federal Court House
100 Federal Plaza
Central Islip, New York 11722


     Re: Liana Hercules Fernandez v. Karnafully Distribution
Inc., et al.
     Case No.: 16 CV 4180

Dear Judge Wexler:

     The undersigned represents the Plaintiff, Liana Hercules
Fernandez in her lawsuit against Karnafully Distribution Inc.,
and Mohammed Akbar (collectively the "Defendants"). The parties
have engaged in the expedited discovery required by the Court,
on FLSA matters. As a result, settlement of the matter has been
reached. The parties proposed settlement agreement is attached
hereto as Exhibit "A" for Your Honor's approval.

         The parties agreed to settle the dispute for a total
of twenty eight thousand dollars ($28,000.) Out of the total
nine thousand three hundred and thirty three dollars and thirty
three cents ($9,333.33) represents attorney's fees, cost and
expenses. The remaining eighteen thousand six hundred and sixty
six dollars and sixty seven cents ($18,666.67) represents
payment to Plaintiff.


     Defendants, agreed to compensate Plaintiff for **all** of her
alleged overtime hours plus approximately twenty five (25%) in
liquidated damages. Defendants' counsel also agreed to pay most
of plaintiff's counsel legal fees.

     Taking the above into consideration, the parties believe
that the settlement amount to be paid is fair and just. In fact,

Defendants believe the amount paid to the Plaintiff covers well more than she is entitled to receive. Given the risks associated with litigation, Plaintiff believes the settlement is fair and reasonable.

Accordingly, we respectfully request that Your Honor approve the proposed Settlement Agreement and order that this matter be closed with prejudice.

Thank you for your courtesies in this matter.

Law Offices of Delvis Melendez P.C.
Attorney for Plaintiff

By_____
    S//S Delvis Melendez
    90 Bradley St.
    Brentwood, New York, 11717